AL. Ct. App. Colo. Certiorari denied. ▮

No. 95-442. U. S. HEALTHCARE, INC., ET AL. *v.* DUKES, TRUSTEE AD LITEM OF THE ESTATE OF DUKES, DECEASED, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 95-468. NATIONAL ENQUIRER, INC., ET AL. *v.* HOOD ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 95-478. COMPAGNIE DE REASSURANCE D'ILE DE FRANCE ET AL. *v.* NEW ENGLAND REINSURANCE CORP. ET AL. C. A. 1st Cir. Certiorari denied. ▮

No. 95-488. ALASKA AIRLINES, INC., ET AL. *v.* CALIFORNIA DEPARTMENT OF FOOD AND AGRICULTURE ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied. ▮

No. 95-515. JONES-BLAIR CO. ET AL. *v.* HARDAGE STEERING COMMITTEE. C. A. 10th Cir. Certiorari denied. ▮

No. 95-523. SPEARS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied. ▮

No. 95-526. ALDRIDGE ET AL. *v.* LILY-TULIP, INC. SALARY RETIREMENT PLAN BENEFITS COMMITTEE ET AL. C. A. 11th Cir. Certiorari denied. ▮

No. 95-530. DENVER & RIO GRANDE WESTERN RAILROAD CO. *v.* GREEN. C. A. 10th Cir. Certiorari denied. ▮

No. 95-531. BILDER *v.* OHIO. Ct. App. Ohio, Summit County. Certiorari denied. ▮

No. 95-533. BRANSON *v.* NOTT ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 95-536. FRIEDMAN ET UX. *v.* GRACE ET AL. C. A. 9th Cir. Certiorari denied. ▮

No. 95-537. GIAMPA *v.* GRIEVANCE COMMITTEE FOR THE NINTH JUDICIAL DISTRICT OF NEW YORK. App. Div., Sup. Ct.

1010

N. Y., 2d Jud. Dept. Certiorari denied.

No. 95–538. DOLENZ v. NATIONWIDE INDEMNITY INSURANCE Co. C. A. 5th Cir. Certiorari denied.

No. 95–539. ELIE ET AL. v. BROXMEYER. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 95–541. CARPENTER v. CONDON, ATTORNEY GENERAL OF SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 95–546. MILWAUKEE METROPOLITAN SEWERAGE DISTRICT v. S. A. HEALY CO. C. A. 7th Cir. Certiorari denied.

No. 95–549. DUMAS ET AL. v. PLAYBOY ENTERPRISES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 95–550. PRINCE GEORGE'S COUNTY, MARYLAND v. 11126 BALTIMORE BOULEVARD, INC., T/A WARWICK BOOKS. C. A. 4th Cir. Certiorari denied.

No. 95–551. SEARS ROEBUCK & Co. v. U. S. PHILIPS CORP. ET AL. C. A. Fed. Cir. Certiorari denied.

No. 95–552. HARFORD COUNTY, MARYLAND v. CHESAPEAKE B & M, INC., T/A HIGHWAY CRAFT, GIFT & BOOK STORE. C. A. 4th Cir. Certiorari denied.

No. 95–553. ROWLAND v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 95–555. JACKSON v. OFFICE OF DISCIPLINARY COUNSEL. Sup. Ct. Pa. Certiorari denied.

No. 95–562. MAXWELL v. E-SYSTEMS, INC. C. A. 4th Cir. Certiorari denied.

No. 95–569. ANDRISANI v. WISCOT ET AL. C. A. 9th Cir. Certiorari denied.